FILED MAR - 8 2016 CLERK, U.S. DISTRICT COURT RICHMOND, VA

*[handwritten at top:] IN W.V. GOT FELONIES EXPUNGED PAYNE SOME QUESTS AS TO IF MARK HAS ANY FELONIES AT ALL ON HIS RECORD AT TIME OF ARREST SEPT 24? OCT 3?*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

## COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number 3:16cv140
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I. PARTIES**

*[handwritten:] AFTER FOR THREE WEEKS WESTON STAT HOSPITAL ★ 540 405-1404*

A. Plaintiff:

1. (a) MARK LEE PAULER (Name)     (b) 000 682 1562 (Inmate number)

(c) [redacted] 245 BARNEY LN STANLEY, VA 22851 (Address)   (540) 778-1319 860-04

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

*[handwritten:] OR= 540-860-0477*

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

*[handwritten:] WHY ALSO TRANSFER TO WINCHESTER HOSPITAL*

B. Defendant(s):

1. (a) SGT. GORDON CROSEN (Name)   (b) GUARD (Title/Job Description)

(c) PAGE COUNTY JAIL (Address) ?

*[handwritten:] FOR A PER/S OF TIME NOT MORE SPEC MICHAEL PREDATES PAYNE # 541*

RECEIVED MAR - 2 2016 CLERK, U.S. DISTRICT COURT RICHMOND, VA

OFFICER ATWOOD    L.P.D.
                  Luray Police Dept.

JUDGE HOUFF    P.C. GENERAL DISTRICT
               COURT JUDGE

OR PAGE COUNTY JAIL; LOST OR
SUPPRESSED ON PURPOSE MY
PETITION TO ~~SUBPOENA~~ WITNESS,
HAVE A ~~COMPETANT~~ UNBIAS
LAWYER, FAILED TO RECORD
ANY COURT PROCEEDINGS, MAINLY
AT ~~THEY~~ PRELIMINARY HEARING AND
TWO OTHER MISDEMEANOR CASES I
HAD IN GENERAL DISTRICT COURT.

☆ Luray P.D. SGT. & C.I.
SGT. Atwood arrested and asked not read me my rights before asking questions

2. (a) __Mr. Atkins__ (b) __Captain__
       (Name)                (Title/Job Description)
   (c) __Page County Jail__
       (Address)

SGT Crosen Page County Jail

3. (a) __Fred Kite__ (b) __Guard__
       (Name)            (Title/Job Description)
   (c) __Page County Jail__
       (Address)

_____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II. **PREVIOUS LAWSUITS**

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [ ] No [X]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2. Court (if federal court, name the district; if state court, name the county):

   _____

   3. Date lawsuit filed: _____

   4. Docket number: _____

5. Name of Judge to whom case was assigned: JUDGE HOUFF, MAGISTRATE ON VIDEO CHAT FROM WARREN COUNTY.

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?): PENDING

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: PAGE COUNTY JAIL

B. Does the institution listed in "A" have a grievance procedure? Yes [X] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [X] No [ ]

2. If so, where and when: B-BLOCK DRUNK TANK, APRIL 2011

3. What was the result? ALL GRIEVANCES CLAIMED TO BE UNFOUNDED BY CAPTAIN ATKINS

4. Did you appeal? Yes [ ] No [X]

5. Result of appeal: _____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is Yes, what steps did you take? _____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

① ABUSE; VERBALLY, MENTALLY, PHYSICALLY

IN APRIL OF 2011 I WAS IN B-BLOCK DRUNK TANK STANDING UP FACING THE BARS AGAINST THE WALL WHEN GORDEN CROSEN THREW A BOOK, THAT HIT THE WALL, ABOUT A FOOT, FOOT AND ONE HALF FROM MY HEAD. I WAS IN THE DRUNK TANK WITH NO TOILET PAPER HAVING TO USE NEWS PAPER TO WIPE MY BUTT WITH. SOME TIME LATER I WAS IN D-BLOCK COMON AREA WHEN GORDON CROSEN HOLLERED AT ME AND SAID IF I EVER TOUCHED THE TV BEFORE 4 A.M THAT HE WAS GONNA "SHOVE THE T.V. UP MY ASS, SIDEWAYS." WHEN I WAS IN JAIL ORIGINALLY ON MARCH 18th MY MEDICINE WAS WITHHELD FROM ME WHILE IN D-BLOCK

MY CONFIDENTIALLITY WAS BROKEN CAUSING MY CONDITION TO ESCALATE, WAS PICKED ON BY OTHER INMATES, SEXUALLY ASSULTED BY OTHER INMATES GOT INTO A FIGHT CAUSE GAMBLING AND SMOKING WERE NOT ALLOWED, ONLY BY TRUSTEES. IF TRUSTEES ARE ALLOWED TO SMOKE THEN THEY SHOULD HAVE SMOKE BREAKS FOR ENTIRE JAIL. ② NUTRITION; NEGLECT; INSUFFICEINT SODIUM, POTASSIUM, VITAMIN C, VITAMIN D — OUTSIDE, PROTIEN; BREAKS ONLY ALLOWED ON OCAISION VERRY IRREGULAR; NO EXERCISE. EVEN AFTER HAVING WINCHESTER MEDICAL CENTER, CALCIUM; WHOLE MILK. ③ SANITATION; SAFETY HOLES IN CIELING OF D BLOCK, TOILET WATER LEAKING DOWN FROM B-BLOCK INTO CELL COMON AREA ON PHONES AND EATING TABLE AND OPENING WHERE FOOD

TRAYS ARE PASSED INTO INMATES. PAINT AND CEMENT? FALLING FROM CIELING OF D-BLOCK. OTHER TOILETS AND ELECTRIC CELL DOOR LEAKING STICKING, SPEFICALLY A BLOCK CELL #5.

④ OVERCROWDEDNESS; WHEN I FIRST WAS PUT IN JAIL APPROX MARCH 18TH - AUG 25TH, PEOPLE WERE HAVING TO SLEEP ON FLOOR IN EVERY BLOCK INCLUDING TRUSTEES DORM, BETTER KNOW AS E-BLOCK. ANYWHERE FROM 3-5 PEOPLE ON THE FLOOR IN A, B, C & D. E-BLOCK (TRUSTEES DORM) WAS ALSO OVER CROWDED. DUE TO MY HEART CONDITION I ASKED FRED KITE NUMEROUS TIMES TO GET PUT TO WORK WITH THE TRUSTEES ON WORK DETAIL. WHILE IN THE DOCTORS OFFICE I MENTIONED IT TO FRED KITE IN FRONT OF NURSE WEAVER WHEN FRED LOST HIS TEMPER AN HOLLERED AT

ME FOR @ 2 MIN. BECAUSE I WENT TO THE MEDICAL CENTER AND DID NOT GET A PACEMAKER. I TOLD HIM THAT BEFORE I LEFT IT WAS FOR A SECOND OPINION. HE KEPT SAYING, "I WILL DO WHAT I SAID". BUT NEVER PUT ME ON WORK DETAIL AS REQUESTED ON REQ. FORM SEVERAL TIMES, ALSO VERBALY NUMEROUS TIMES.

⑤ VIOLATION OF MIRANDA RIGHTS

OFFICER ATWOOD PUT HANDCUFFS ON ME AND ARRESTED ME, TOOK ME TO JAIL, BROUGHT ME BEFORE A ~~MAGISTRA~~ MAGISTRATE; HE ASKED ME QUESTIONS AT JAIL AND THE MAGISTRATE ASKED ME QUESTIONS ON VIDEO CHAT BEFORE ALLOWING ME OR EVEN ASKING ME IF I WANTED A LAWYER OR EVEN ALLOWING ME TO CALL ONE.

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. **M L P** (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

[X] Award money damages in the amount of $ **250,000**

[X] Grant injunctive relief by **A.S.A.P.**

[ ] Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

**PAGE COUNTY JAIL**

**MIDDLE RIVER REGIONAL JAIL**

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [X] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this **9th** day of **SEPTEMBER**, 20 **11**.

Plaintiff **Mah Le Pah**